JMM:DMJ
F. #2012R00168

**CR-13 0324**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 26 2013 ★
LONG ISLAND OFFICE

UNITED STATES OF AMERICA

- against -

MOHANBHAI RAMCHANDANI,

    Defendant.

- - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No _____
(T. 31, U.S.C., §§ 5314
and 5322(a); T. 26,
U.S.C., § 7206(1);
T. 18, U.S.C., §§ 3551
et seq.)

**BIANCO, J.**

**LINDSAY, M**

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION

1. At all times relevant to this Information:

  a. Pursuant to Title 31, Code of Federal Regulations, Sections 103.24, 103.27(c), 103.27(d) and 103.59(b), recodified at 31 C.F.R. 1010.350, citizens and residents of the United States who had a financial interest in, or signature authority over, a bank, securities and other financial account in a foreign country with an aggregate value of more than $10,000 at any time during a particular year were required to file with the United States Department of the Treasury a Report of Foreign Bank and Financial Accounts on Form TD-F 90-22.1 (the "FBAR").

  b. The FBAR for a given year was due on June 30 of the following year.

2. During the calendar year 2007, the defendant, MOHANBHAI RAMCHANDANI, a resident of Queens, New York, United States of America, had a financial interest in, and signature and other authority over, one or more financial accounts, having an aggregate value exceeding $10,000, at the following: Bank of India, a bank in India and China; CIBC, a bank in Canada; National Bank of Canada, a bank in Canada; and Canara Bank, a bank in India.

## COUNT ONE
(Willful Failure to File Report
of Foreign Bank and Financial Accounts)

3. The allegations in paragraphs one and two are realleged as if fully set forth in this paragraph.

4. On or before June 30, 2008, the defendant, MOHANBHAI RAMCHANDANI, a resident of the United States, did knowingly and willfully fail to file with the United States Department of the Treasury a Report of Foreign Financial Bank Accounts on Form TD-F 90-22.1, disclosing that he had a financial interest in, and signature and other authority over, a bank, securities and other financial account in a foreign county, to wit: a bank account at Bank of India in China, which account had an aggregate value of more than $10,000 during the year 2007.

(Title 31, United States Code, Sections 5314 and 5322(a); Title 18, United States Code, Sections 3551 et seq.)

## COUNTS TWO THROUGH FOUR
(Fraud and False Statements in Tax Returns)

5. On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendant MOHANBHAI RAMCHANDANI, a resident of Queens, New York, did willfully make and subscribe United States Individual Income Tax Returns, Forms 1040, for each of the calendar years set forth below, each of which was verified by a written declaration that it was made under penalties of perjury and which was filed with the Internal Revenue Service, which tax returns the defendant MOHANBHAI RAMCHANDANI did not believe to be true and correct as to every material matter, in that the returns omitted income that he earned in said calendar years upon which a substantial

4

tax was due and owing to the Internal Revenue Service for said calendar years:

| COUNT | CALENDAR YEAR | UNREPORTED INCOME | APPROXIMATE TAX DUE AND OWING |
|---|---|---|---|
| TWO | 2007 | $1,632,388 | $464,010 |
| THREE | 2008 | $507,536 | $171,935 |
| FOUR | 2009 | $948,349 | $100,057 |

(Title 26, United States Code, Section 7206(1); Title 18, United States Code, Sections 3551 et seq.)

*[signature]*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

SIR:

 PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 610 Federal Plaza, Central Islip, New York, on the ___ day of_____, 20_, at 10:30 o'clock in the forenoon.

Dated: Central Islip, New York

_____, 20_____

_____

 United States Attorney,
 Attorney for _____

To:

_____
_____
_____

Attorney for _____

═══════════════

SIR:

 PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the __ day of _____
_____, in the office of the Clerk of the Eastern District of New York,

Dated: Central Islip, New York

_____, 20_____

 United States Attorney,
 Attorney for _____

To:

_____
_____
_____
_____

Attorney for _____

---

Criminal Action No:

**UNITED STATES DISTRICT COURT**
**Eastern District of New York**

═══════════════════════════════════

UNITED STATES OF AMERICA

- against-

MOHANBHAI RAMCHANDANI,

     Defendant.

═══════════════════════════════════

**INFORMATION**

═══════════════════════════════════

**LORETTA E. LYNCH**
 United States Attorney
 Eastern District of New York
 United States Courthouse
 610 Federal Plaza
 Central Islip, New York 11722

───────────────────────────────────

Due Service of a copy of the within_____
_____ is hereby admitted.
Dated: _____, 20 _____

───────────────────────────────────

   Attorney for _____

Demetri M. Jones
Assistant U.S. Attorney (631)715-7840

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 30 2013 ★
LONG ISLAND OFFICE