**BEFORE:** Joseph F. Bianco U.S.D.J  
**DATE:** 3/5/14   **TIME:** 5:00 p.m.   **TIME IN COURT:** 45 minutes  
**DOCKET #:** CR 13-0324  
**CAPTION:** USA v. Mohanbhai Ramchandani  

CRIMINAL CAUSE FOR SENTENCING

**APPEARANCES:**

**Defense Counsel:** James Druker     **Defendant:** Mohanbhai Ramchandani
 X Present ___Not Present                         X Present ___Not Present
 ___CJA X Retained ___Federal Defenders            ___On Bond  X In Custody


**Government:** Charles Rose

**Interpreter:**_____

**Court Reporter:** Harry Rapaport     **COURTROOM DEPUTY:** Michele Savona


 X Case called.

 X Counsel for parties present.

 ___Fatico Hearing held.

 X Sentencing held.

 ___Sentencing on Restitution is set for  //12 at 4:30 p.m.

 X Statements of defendant and counsel heard.


**IMPRISONMENT:**

 X  The defendant is sentenced to: 1 year and 1 day on Count One, and 1 year and 1 day on Count Two to run concurrent with Count One of the Information.

 X  To be followed by 3 years on Count One of supervised release, and 1 year on Count Two to run concurrent with Count One of the Information.

 X  Special conditions of supervised release are as follows:
1. The defendant shall not possess a firearm, ammunition, or destructive device.

2. The defendant shall make full financial disclosure, as directed, to the Probation Department.

3. For a period of 12 months, the defendant shall be confined to his home via electronic monitoring as directed by the U.S. Probation Department. The defendant will remain in his home except for his employment, observance of religious services, or medical appointments for himself or for his wife or to visit an attorney. In addition, the defendant shall pay all costs, including the price of the electronic monitoring equipment, to the degree he is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess his ability to pay.

 ___  As a special condition of supervised release if the defendant leaves the country either voluntarily or involuntarily and re-enters illegally he/she will be deemed a violator thereof.

___ The defendant is remanded to the custody of the US Marshal.

 X  The defendant shall surrender 04/30/14.

 X  The court makes the following recommendation to the Bureau of Prisons: That the defendant be designated to FCI Otisville Camp or FCI Fort Dix.

**PROBATION:**

___ The defendant is sentenced to: _____

___ Special conditions of probation: _____

___ During the term of probation the court will not consider any travel request except for work or family emergencies.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

 X  The defendant is ordered to pay a fine in the sum of: $75,000

 X  The fine is payable: $75,000 fine due immediately, and payable at a rate of 10% of monthly gross income to begin when he commences supervised release.

___ The fine is waived based on the defendant's inability to pay.

___ Restitution is ordered:

 X  Special assessment is imposed in the sum of: $200.00

 X  Counts are dismissed on the motion of the Government.

 X  The defendant is advised of his right to appeal.

___ OTHER: